# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civil Action No. 1:17-cv-848 (RJL) |

## NOTICE OF PRODUCTION

Defendant the Department of Justice submits this notice informing the Court that it produced the attached documents with the noted redactions to Plaintiff on May 26, 2017.

Dated: May 26, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

_s/ Aimee W. Brown_
AIMEE W. BROWN (IL Bar No. 6316922)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0845
Fax: (202) 616-8470
Email: Aimee.W.Brown@usdoj.gov

*Counsel for Defendant*