**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 17-848 (RJL) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| *Defendant*. | ) ) | |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
**MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff American Oversight hereby withdraws its Motion for a Preliminary Injunction, Dkt. No. 3, without prejudice. In light of Defendant's production of documents in response to American Oversight's Motion for a Preliminary Injunction, *see* Defendant's Notice of Production, Dkt. No. 12, Defendant has mitigated the irreparable harm to American Oversight that formed the basis for American Oversight's request for preliminary injunctive relief.

Dated: May 30, 2017                Respectfully submitted,

*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
Sara Kaiser Creighton
D.C. Bar No. 1002367
Melanie Sloan
D.C. Bar No. 434584
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
cerissa.cafasso@americanoversight.org
sara.creighton@americanoversight.org
msloan@americanoversight.org
*Counsel for Plaintiff*