# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br> *Defendant*. ) <br> ) | Case No. 17-848 (RJL) |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff American Oversight respectfully moves this Court for summary judgment as to the issue of the expedited processing of American Oversight's April 7, 2017, request to Defendant U.S. Department of Justice for records under the Freedom of Information Act, 5 U.S.C. § 552, as there are no genuine issues of material fact regarding American Oversight's entitlement to expedited processing. The accompanying Memorandum sets forth more fully the reasons that support American Oversight's motion.

Dated: June 9, 2017

Respectfully submitted,
*/s/ Cerissa Cafasso*
Cerissa Cafasso
D.C. Bar No. 1011003
Sara Kaiser Creighton
D.C. Bar No. 1002367
Melanie Sloan
D.C. Bar No. 434584
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
cerissa.cafasso@americanoversight.org
sara.creighton@americanoversight.org
msloan@americanoversight.org
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br>        *Plaintiff*, ) <br> ) <br> v.     ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, ) <br> ) <br>        *Defendant*. ) <br> ) | Case No. 17-848 (RJL) |

**PROPOSED ORDER**

Upon consideration of Plaintiff's Motion for Partial Summary Judgment, Defendant's Response thereto, and the entire record, it is hereby

**ORDERED** that Plaintiff's Motion for Partial Summary Judgment is **GRANTED**; and it is further

**ORDERED** that Defendant shall expedite the processing of Plaintiff's FOIA request dated April 7, 2017, as of the date it was received by Defendant; and it is further

**SO ORDERED**.


Date: _____          _____
                                       RICHARD J. LEON
                                       United States District Judge